UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CDS BUSINESS SERVICES, INC. *dba* NEWTEK BUSINESS CREDIT,<br><br>Plaintiff,<br><br>v.<br><br>PAUL HALEY, *et al.*,<br><br>Defendants. | Case No.  1:23-mc-00034-EPG<br><br>ORDER APPROVING PLAINTIFF'S APPLICATION FOR NAMES TO BE ADDED TO ABSTRACT OF JUDGMENT<br><br>(ECF No. 3)<br><br>ORDER DIRECTING CLERK OF THE COURT TO RE-ISSUE ABSTRACT OF JUDGMENT<br><br>(ECF No. 5) |

On April 17, 2023, Plaintiff CDS Business Services, Inc. initiated the instant action to register a foreign judgment from the Eastern District of New York against Defendants (hereafter "Judgment Debtors") Paul Haley, Jill Osur, and Thomas Athersone. (ECF No. 1). On April 21, 2021, Plaintiff filed an affidavit of identity as to the additional names of Judgment Debtor Osur. (ECF No. 3). On April 25, 2023, Plaintiff filed a request for an abstract of judgment.[1] (ECF No. 4).

The Court issued an abstract of judgment on April 26, 2023. However, the Court

---

[1] Plaintiff initially filed a request for an abstract on April 21, 2021. (ECF No. 2). Plaintiff's April 25, 2023 request for an abstract is a revised version of the first request. (ECF No. 4).

1

inadvertently issued an abstract of judgment prior to issuing an order approving the affidavit of identity filed by Plaintiff as required by California Code of Civil Procedure § 674(c)(1). Accordingly, the Court will approve Plaintiff's affidavit of identity and order that the abstract of judgment be re-issued.

Under Federal Rule of Civil Procedure 69(a), "[t]he procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a). Under California Code of Civil Procedure Section 674(c)(1), "[p]rior to the clerk of the court certifying and abstract of judgment containing any additional name or names by which the judgment debtor is known that are not listed on the judgment, the court shall approve the affidavit of identity [as defined in Section 680.135]." Cal. Code Civ. Proc. § 674(c)(1). An affidavit of identity "is filed with the clerk of the court in which the judgment is entered at the time the judgment creditor files for a writ of execution or an abstract of judgment." Cal. Code Civ. Proc. § 680.135. "The affidavit of identity shall set forth the case name and number, the name of the judgment debtor stated in the judgment, the additional name or names by which the judgment debtor is known, and the facts upon which the judgment creditor has relied in obtaining the judgment debtor's additional name or names." *See id.* "If the court determines, without a hearing or a notice, that the affidavit of identity states sufficient facts upon which the judgment creditor has identified the additional names of the judgment debtor, the court shall authorize the certification of the abstract of judgment with the additional names or names." Cal. Code Civ. Proc. § 674(c)(1).

Here, Plaintiff seeks to add the following aliases of Judgment Debtor Jill Osur to the abstract of judgment requested by Plaintiff: Jill Osur Myeres and Jill Frances Osur Myers. (ECF No. 3, p. 3). Plaintiff's affidavit includes as exhibits a notarized deed of trust which Ms. Osur signed as Jill Osur Myers, (ECF No. 3-1, p. 15), and Ms. Osur's driver's license which uses the name Jill Frances Osur Myers (ECF No. 3-2, p. 2). The Court concludes that the affidavit and attached exhibits state sufficient facts justifying the inclusion of the names Plaintiff requests in the abstract of judgment.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to California Code of Civil Procedure Section 674(c)(1), the term

Judgment Debtor shall include the names Jill Osur Myers and Jill Frances Osur Myers, which made be added to the abstract of judgment;

2. The Clerk of Court is respectfully directed to re-issue the abstract of judgment consistent with this order.

IT IS SO ORDERED.

Dated:   **April 27, 2023**                              /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

3