|  | EJ-001 |
|---|---|

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Bruce J. Zabarauskas (SBN No. 248601)
Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071

TEL NO.: 214.969.2511  FAX NO. (optional):
E-MAIL ADDRESS *(Optional):* bruce.zabarauskas@hklaw.com

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US District Court
STREET ADDRESS: 501 I Street, Room 4-200
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Eastern District of California

PLAINTIFF: CDS Business Services, Inc. d/b/a Newtek Business Credit
DEFENDANT: Paul Haley, Jill Osur, Thomas Atherstone

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

**ISSUED**

FOR RECORDER'S USE ONLY

CASE NUMBER: 1:23-mc-00034

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      Paul Haley
      110 Merion Terrace
      Moraga, CA 94556
      
   b. Driver's license no. [last 4 digits] and state: 7779   [ ] Unknown
   c. Social security no. [last 4 digits]: 7534   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Paul Haley, c/o Bailey Summers, 7449 Fairplay Road, Somerset, CA 95684

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   CDS Business Services, Inc. d/b/a Newtek Business Credit
   1981 Marcus Ave., St. 130
   Lake Success, NY 11042

Date: 1/25/2023
BRUCE J. ZABARAUSKAS
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $3,752,418.38; see also Attachment 1
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: February 1, 2023
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*: 4/27/2023

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by O. Rivera, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: CDS Business Services, Inc. d/b/a Newtek Business Credit | COURT CASE NO.: |
|---|---|
| DEFENDANT: Paul Haley, Jill Osur, Thomas Atherstone | 1:23-mc-00034 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Jill Osur
2001 San Miguel Drive
Walnut Creek, CA 94596

Driver's license no. [last 4 digits] and state:
California - 7476      ☐ Unknown
Social security no. [last 4 digits]:  0737   ☐ Unknown

Summons was personally served at or mailed to *(address)*:
Jill Osur
c/o Dean Meyers
2001 San Miguel Drive
Walnut Creek, CA 94596

17. Name and last known address
Thomas Atherstone
5069 Alhambra Valley Road
Martinez, CA 94553

Driver's license no. [last 4 digits] and state:
California - 0065      ☐ Unknown
Social security no. [last 4 digits]:  5650   ☐ Unknown

Summons was personally served at or mailed to *(address)*:
Thomas Atherstone
c/o Jane Dee, Co-Occupant
5069 Alhambra Valley Road
Martinez, CA 94553

18. Name and last known address
Jill Osur Myers
2001 San Miguel Drive
Walnut Creek, CA 94596

Driver's license no. [last 4 digits] and state:
California - 7476      ☐ Unknown
Social security no. [last 4 digits]:  0737   ☐ Unknown

Summons was personally served at or mailed to *(address)*:
Jill Osur
c/o Dean Meyers
2001 San Miguel Drive
Walnut Creek, CA 94596

19. Name and last known address
Jill Frances Osur Myers
2001 San Miguel Drive
Walnut Creek, CA 94596

Driver's license no. [last 4 digits] and state:
California - 7476      ☐ Unknown
Social security no. [last 4 digits]:  0737   ☐ Unknown

Summons was personally served at or mailed to *(address)*:
Jill Osur
c/o Dean Meyers
2001 San Miguel Drive
Walnut Creek, CA 94596

20. ☐ Continued on Attachment 20.

| SHORT TITLE: ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS | CASE NUMBER: 1:23-at-00326 |
|---|---|

MC-025

ATTACHMENT (Number): 1

*(This Attachment may be used with any Judicial Council form.)*

6. Total amount of judgment as entered or last renewed:

$3,752,418.38 plus prejudgment interest thereon at the Prime Rate plus 10% for the period of May 3, 2022 through February 1, 2023 (date of entry of judgment in E.D. N.Y.).

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov